RECEIVED
JUL 03 2024
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

Roxanne Marie Lund

Plaintiff(s),

vs.

Kelly J woitel

Mercy Hospital

Defendant(s).

Case No. 24-cv-2639 (KMM/DLM)
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES ☐ NO ☐

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name Roxanne Lund

   Street Address 427 98th AVE NE

   County, City Anoka Blaine

   State & Zip Code MN 55434

   Telephone Number 651-273-4495

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address



SCANNED
JUL 3 2024
U.S. DISTRICT COURT ST. PAUL

where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a.  Defendant No. 1

Name Kelly J. woitel

Street Address 4050 coon Rapids Blvd

County, City Anoka coon Rapids

State & Zip Code MN 55433

b.  Defendant No. 2

Name

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER. Check here if additional sheets of paper are attached:**☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)**

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3.  This employment discrimination lawsuit is based on (check only those that apply):

a.  ☒ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

b.  ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In*

2

*order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

c. ☒ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d. ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e. ☐ Other (Please describe.)

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred: NO

(Street Address)          (City/County)          (State)          (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

2-21-24 to 4-9-24

ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

a. ☐ Yes     Date filed: _____

b. ☒ No

7. Have you received a Notice of Right-to-Sue Letter?

3

a. ☐ Yes    If yes, please attach a copy of the letter to this complaint.

b. ☒ No

## NATURE OF THE CASE

8. The conduct complained of in this law suit involves (check only those that apply):

a. ☒ Failure to hire me

b. ☒ Termination of my employment

c. ☐ Failure to promote me

d. ☒ Failure to accommodate my disability

e. ☐ Terms and conditions of employment differ from those of similar employees

f. ☐ Retaliation

g. ☐ Harassment

h. ☐ Other conduct (please specify):

i. Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

☐ Yes  ☒ No

9. I believe that I was discriminated against because of my (check all that apply):

a. ☐ Race

b. ☐ Religion

c. ☐ National origin

d. ☐ Color

e. ☐ Gender

f. ☒ Disability

g. ☐ Age (my birth year is:_____)

h. ☐ Other (please specify):

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

☐ Yes    ☒ No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10. On 3-18-23 I ask Harto do Kelly J. Woitel for accomodation to deal with my Mental Health Kelly J. woitel say NO on 4-9-2024. Kelly J. woitel Terminator me. I Try 3 time's to get accomodation.

11. If I would have goten my accomodation I would still volunteering at Mercy Hospital.

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☒
Please label the attached sheets of paper as Additional Facts and continue to number the
paragraphs consecutively.

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary
compensation, if any, you are seeking. I'm asking the court foR Training to All Allina Health employees to learn what ARe Right are Now to understand people with menal Health and not Judge us and make us do think we can'nt do with out accomodation and, 12 Millon to so I can train All the Employes for Allina Health

Date: 4-25-24    Signature of Plaintiff _Rosanne M Lune_    Thank you for your time ☺

Mailing Address

427 98th AVE NE
Blaine MN 55434

Telephone Number
651-247-4495

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and
provide his/her mailing address and telephone number.  Attach additional sheets of paper as
necessary.

[Print]

6